# Court of Appeals of the State of Georgia

ATLANTA,  September 12, 2022

*The Court of Appeals hereby passes the following order:*

**A23D0048. JIMMY GOODEN v. THE STATE.**

A jury found Jimmy Gooden, Jr., guilty of rape, incest, terroristic threats, and simple battery, and we affirmed his convictions on appeal. *Gooden v. State*, 316 Ga. App. 12 (728 SE2d 693) (2012). Years later, Gooden filed an extraordinary motion for new trial, which the trial court dismissed on May 19, 2022. Gooden filed this application for discretionary appeal on August 22, 2022.[1] We, however, lack jurisdiction.

Under OCGA § 5-6-35 (d), an application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Gooden filed his application 95 days after entry of the order he seeks to appeal. His application is thus untimely, and it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  09/12/2022

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_
, Clerk.

---

[1] Gooden also filed a direct appeal from the same order. See Case No. A23A0264.